**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Rick L. Baker<br>　　　　　　Debtor | CHAPTER 13<br><br>BKY. NO. 16-23096 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Rushmore Loan Management Services, as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, and index same on the master mailing list.

Re: Loan # Ending In: 9433

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Matthew J. McClelland, Esquire**
　　　　　　　　　　　　　　　　　　　Matthew J. McClelland, Esquire
　　　　　　　　　　　　　　　　　　　mmcclelland@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 319482
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　Phone: 215-627-1322
　　　　　　　　　　　　　　　　　　　Fax: 215-627-7734
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant