MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Baker    (JAD)/TPA/CMB/GLT
Date of Meeting: 12/12/16
Case Number: 16-23096    Recording #_____
Debtor(s) present ___ or Not Present ✓ (___ No Payments Made or ___ partial payments)
Attorney for debtor(s) Willis_____ (Present ✓ or Not Present ___)
Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

3rd missed §341 meeting
Debtor's Counsel doesn't know
why Debtor not present.
No payments to date. arrears
at $9852 thru 11/16.

FILED
2016 DEC 15 P 1:57
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD    _____ Order to Show Cause Requested
                            _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____

__X__ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
    _____ 341 Meeting    OR _____ Conciliation Conf. OR _____ *Contested Hearing
On _____ at _____ am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee