IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  :
        :
**RICK L. BAKER,**  :  Bankruptcy No. **16-23096-JAD**
        :
        :
**Debtor(s)**  :  Chapter 13
        :

**ORDER**

**AND NOW,** this **19**[th] day of **December, 2016**, IT APPEARS TO THE COURT THAT:

1. The above-captioned bankruptcy case was filed on **August 22, 2016.** A Section 341 Meeting Of Creditors was scheduled for **October 17, 2016.** On **October 19, 2016**, the Chapter 13 Trustee placed an entry on the docket at **#21** which stated that the Section 341 Meeting was not held and requested that the Clerk reschedule the Meeting.

2. A rescheduled Section 341 Meeting was scheduled for **November 14, 2016**. On **November 15, 2016** the Chapter 13 Trustee placed an entry on the docket at **#25** which stated that the Section 341 Meeting was not held and requested that the Clerk reschedule the Meeting

3. A rescheduled Section 341 Meeting was scheduled for **December 12, 2016**. On **December 15, 2016** the Chapter 13 Trustee filed the Minutes Of Chapter 13 Section 341 (a) Meeting Of Creditors at **#30**. The Minutes indicate that the Meeting was not held and the debtor failed to attend. The Chapter 13 Trustee recommends dismissal of case.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** a **Rule To Show Cause Hearing** IS SCHEDULED for **February 8, 2017** at **10:30AM** in **Courtroom D, 54**[th] **Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219** TO DETERMINE WHY THE CASE SHOULD NOT BE DISMISSED FOR DEBTORS' FAILURE TO ATTEND SCHEDULED SECTION 341 MEETINGS.

A **written response** to the Rule Hearing **SHALL BE FILED** by **February 1, 2017.** After review of the response, the Court may determine that the Rule has been answered and the Rule Hearing should be removed from the calendar. Parties should check the calendar posted on the Court's website one day prior to the Rule Hearing to determine if the Rule Hearing will be held.

_____jsf_____
**JEFFERY A. DELLER**
Chief U.S. Bankruptcy Court

FILED
12/19/16 10:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00013260

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Rick L. Baker  
    Debtor

Case No. 16-23096-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: lfin   Page 1 of 1   Date Rcvd: Dec 19, 2016  
                       Form ID: pdf900   Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2016.
```
db              +Rick L. Baker,    116 Srader Gr Road,     Freeport, PA 16229-1917
14278303         Caliber Home Loans,    13810 Wirelss Way,    Oklahoma City, OK 73134
14291201        +Cnh Industrial Capital,    233 Lake Ave,    Racine, WI 53403-1015
14278304        +Lyle Barrett,    PO Box 356,    163 East Grant Ave,    Dayton, PA 16222-0356
14291206        +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
14291207        +Wells Fargo,    Po Box 29704,    Phoenix, AZ 85038-9704
14291208        +Wilshire Credit Corp,    4909 Savarese Circle Fl1-908-0,    Tampa, FL 33634-2413
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14291202        +E-mail/Text: hariasdiaz@creditmanagementcompany.com Dec 20 2016 02:01:26
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14278305        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2016 02:00:58     Midland Credit MGMT,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14291205         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2016 02:00:47     PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14279346        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2016 02:00:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                               TOTAL: 4
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               U.S. Bank National Association, not in its individ
14291200*        Caliber Home Loans,    13810 Wirelss Way,    Oklahoma City, OK 73134
14291203*       +Lyle Barrett,    PO Box 356,    163 East Grant Ave,    Dayton, PA 16222-0356
14291204*       +Midland Credit MGMT,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                  TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2016 at the address(es) listed below:
```
          Lawrence W. Willis    on behalf of Debtor Rick L. Baker help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Matthew John McClelland    on behalf of Creditor    U.S. Bank National Association, not in its
           individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```