UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | RICK L. BAKER |
| Case Number: | 16-23096-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, FEBRUARY 08, 2017 10:30 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

## Matter:

Rule To Show Cause To Determine Why Case Should Not Be Dismissed For Debtor's Failure To Attend Scheduled §341 Meetings of Creditors
- 1st Meeting 10/17/2016 - Not Held
- 2nd Meeting 11/14/2016 - Not Held
- 3rd Meeting 12/12/16 - Not Held
- Written Respons due 2/1/17
R / M #:  0 / 0

## Appearances:

TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Lawrence W. Willis, Esq.
CREDITOR:

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
      _____ For At Least _____ Days (Court To Issue Scheduling Order)
      _____ To Hearing Date Of _____ at _____ AM/PM at _____
      _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
      _____ Evidentiary Hearing On Value And Cram-Down Interest
      _____ Complex / Pretrial Order - NONJURY  /  JURY
      _____ Simple / Pretrial Order - NONJURY  /  JURY
      _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:  dismiss w/o prejudice.

FILED
2/8/17 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge