# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| RICK L. BAKER, | : | Bankruptcy No. <u>16-23096JAD</u> |
| | : | |
| | : | |
| | : | Issued Per The 2/8/2017 |
| | : | Proceeding |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT

**AND NOW,** this <u>**8th**</u> day of <u>**February**</u>, <u>**2017**</u>, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

FILED
2/8/17 12:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____jsf
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

cm:    **All Creditors And All Parties In Interest**

DISMIS~1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Rick L. Baker  
    Debtor

Case No. 16-23096-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 1      Date Rcvd: Feb 08, 2017  
                      Form ID: pdf900      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2017.
```
db              +Rick L. Baker,   116 Srader Gr Road,    Freeport, PA 16229-1917
14278303         Caliber Home Loans,   13810 Wirelss Way,    Oklahoma City, OK 73134
14291201        +Cnh Industrial Capital,   233 Lake Ave,    Racine, WI 53403-1015
14278304        +Lyle Barrett,   PO Box 356,   163 East Grant Ave,    Dayton, PA 16222-0356
14291206        +Pnc Bank, N.a.,   1 Financial Pkwy,    Kalamazoo, MI 49009-8002
14350812        +U.S. Bank National Association, ect.,   C/O Rushmore Loan Management,   PO BOX 55004,
                  Irvine, CA 92619-5004
14291207        +Wells Fargo,   Po Box 29704,    Phoenix, AZ 85038-9704
14291208        +Wilshire Credit Corp,   4909 Savarese Circle Fl1-908-0,    Tampa, FL 33634-2413
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14291202        +E-mail/Text: hariasdiaz@creditmanagementcompany.com Feb 09 2017 01:39:22
                  Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14278305        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 09 2017 01:38:57     Midland Credit MGMT,
                  8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
14291205         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 09 2017 01:38:49     PA Department of Revenue,
                  Bankruptcy Division,   PO Box 280946,    Harrisburg, PA 17128-0496
14279346        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 09 2017 01:38:49
                  Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                  Harrisburg, PA 17128-0946
                                                                                              TOTAL: 4
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               U.S. Bank National Association, not in its individ
14291200*        Caliber Home Loans,   13810 Wirelss Way,    Oklahoma City, OK 73134
14291203*       +Lyle Barrett,   PO Box 356,   163 East Grant Ave,    Dayton, PA 16222-0356
14291204*       +Midland Credit MGMT,   8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2017 at the address(es) listed below:
```
              Lawrence W. Willis    on behalf of Debtor Rick L. Baker help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Matthew John McClelland    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```